1  Gerald D. Lane Jr., CA # 352470
2  E-mail: gerald@jibraellaw.com
   The Law Offices of Jibrael S. Hindi
3  1515 NE 26th Street
   Wilton Manors, FL 33305
4  Phone: (754) 444-7539

5  *Counsel for Plaintiff*

6

7  **UNITED STATES DISTRICT COURT
   CENTRAL DISTRICT OF CALIFORNIA**

8

9  DEJANIQUE AKENS, *individually and on behalf of all those similarly situated,*

Case No.: 2:24-cv-10388-AS

Plaintiff,

**Hon. Alka Sagar**

vs.

TRANSWORLD SYSTEMS INC.,

**JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Defendant.

    Plaintiff Dejanique Akens, individually, and Defendant Transworld Systems Inc., by and through undersigned counsel, pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, hereby file this Joint Stipulation of Voluntary Dismissal *with* Prejudice of the above-styled action. Plaintiff and Defendant shall each bear their own attorneys' fees and costs.

Dated: March 6, 2025

Respectfully Submitted,

/s/ Gerald D. Lane, Jr.
**GERALD D. LANE, JR., ESQ.**
California Bar No.: 352470
E-mail: gerald@jibraellaw.com
The Law Offices of Jibrael S. Hindi
1515 NE 26th Street
Wilton Manors, FL 33305
Phone: (754) 444-7539

*Counsel for Plaintiff*

/s/ Kenneth Akira Ohashi
**Kenneth Akira Ohashi**
Sessions Israel and Shartle LLP
1550 Hotel Circle North Suite 260
San Diego, CA 92108-3426
619-758-1891
Fax: 877-334-0661
Email: kohashi@sessions.legal

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 6, 2025, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ Gerald D. Lane, Jr.
GERALD D. LANE, JR., ESQ.
California Bar No.: 352470